**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN NOE ZELAYA,

Defendant.

Criminal No. 02-359 JRT/FLN
Civil No. 05-1688 JRT

**ORDER**

---

Ann M. Anaya, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Brian Noe Zelaya, #10716-041 FCI Waseca, Post Office Box 1731, Waseca, Minnesota 56093, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 (Docket No. 75). **IT IS HEREBY ORDERED** that the government shall respond to the said motion by October 17, 2005.

Dated: September 27, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge