**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

BRYAN NOE ZELAYA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Criminal No. 02-359 (1) (JRT/FLN)
Civil No. 05-1688 (JRT)

**MEMORANDUM OPINION AND ORDER DENYING § 2255 MOTION**

---

Bryan Noe Zelaya, # 10716-041, FCI Waseca, Box 1731, Waseca, MN 56093, petitioner *pro se*.

Ann M. Anaya, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent.

Bryan Noe Zelaya ("Zelaya") is serving a federal sentence of 24 months after being convicted of one count of possession with intent to distribute methamphetamine under 21 U.S.C. § 841(a)(1). This matter is before the Court on Zelaya's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court denies Zelaya's motion.

Section 5K3.1 of the United States Sentencing Guidelines states, "Upon motion of the Government, the court may depart downward not more than 4 levels pursuant to an early disposition program authorized by the Attorney General of the United States and the United States Attorney for the district in which the court resides." No such "early

disposition" program has been authorized in the district of Minnesota. Zelaya argues that the Court should nevertheless have granted him a four level downward departure to compensate him for the lack of such a program. He cites two unpublished district court decisions from other circuits to the effect that such a downward departure is appropriate to account for the lack of such a program. Zelaya did not raise this claim on direct appeal, however, and it is therefore procedurally barred. Non-constitutional or non-jurisdictional issues that could have been but were not raised on direct appeal may not be raised in a § 2255 motion. *Anderson v. United States*, 25 F.3d 704, 706 (8th Cir. 1994). Zelaya has not alleged any cause for his failure to raise this claim, nor has he alleged that he is actually innocent. *Johnson v. United States*, 278 F.3d 839, 844 (8th Cir. 2002). The Court accordingly denies Zelaya's motion.

**ORDER**

Based on the foregoing, all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Docket No. 58] is **DENIED**.

DATED: October 26, 2005
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge